JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| FERRIS VALENTINE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 5:25-cv-00682-SVW (JDE)<br><br>JUDGMENT |

Pursuant to the Order Dismissing Action Pursuant to 28 U.S.C. § 1915(g), IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: May 1, 2025

_____
STEPHEN V. WILSON
United States District Judge